**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-1288**

In re: PERCY JAMES TUCKER,

        Petitioner.

On Petition for Writ of Mandamus.  (2:20-cv-00357-AWA-DEM)

Submitted:  April 30, 2021                              Decided:  May 17, 2021

Before MOTZ, KEENAN, and THACKER, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Percy James Tucker, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Percy James Tucker petitions for a writ of mandamus in his civil case that was dismissed without prejudice, asking us to order the district court to "ensure that this case is heard before a jury trial" and to assign the case to another district judge.

"[M]andamus is a drastic remedy that must be reserved for extraordinary situations." *In re Murphy-Brown, LLC*, 907 F.3d 788, 795 (4th Cir. 2018) (internal quotation marks and citations omitted). "Courts provide mandamus relief only when (1) petitioner 'ha[s] no other adequate means to attain the relief [he] desires'; (2) petitioner has shown a 'clear and indisputable' right to the requested relief; and (3) the court deems the writ 'appropriate under the circumstances.'" *Id.* (quoting *Cheney v. U.S. Dist. Court*, 542 U.S. 367, 380-81 (2004)); *see also In re Moore*, 955 F.3d 384, 388 (4th Cir. 2020). The writ of mandamus is not a substitute for appeal after final judgment. *Will v. United States*, 389 U.S. 90, 97 (1967); *In re Lockheed Martin Corp.*, 503 F.3d 351, 353 (4th Cir. 2007).

We have reviewed the district court's docket and Tucker's petition, and we conclude that he fails to show that he is entitled to the requested relief. Accordingly, we deny the petition for a writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*